UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. SA-23-CR-00360-OLG |
| | ) |
| (4) SEBASTIAN LOUIS XAVIER SUAREZ, | ) |
| | ) |
| Defendant. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture. The United States respectfully advises the Court as follows:

**I.**

On September 6, 2023, a Superseding Indictment (Doc. 33) was returned against the Defendant, in the instant criminal case. The Superseding Indictment and Bill of Particulars (Doc. 98) included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific property including:

1. $1,186.00, more or less, in United States Currency;
2. Smith & Wesson, M&P 380 Shield EZ Pistol, CAL:380, SN: NDH0891;
3. Smith & Wesson, SD40VE Pistol, CAL:40, SN: HEC1044;
4. Beretta, Pietro S.P.A. 92FS Pistol, CAL:9, SN: A293575Z;
5. Romarm/Cugir Draco Pistol, CAL:762, SN: ROA 21 DG-3589; and
6. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property.

**II.**

The United States advises this Court that the Bureau of Alcohol, Tobacco, Firearms and Explosives has administratively forfeited Subject Property Items #2-#5. Therefore, the United

States will not seek judicial forfeiture of Subject Property Items #2-#5 from the Defendant in the instant criminal case.   The United States further advises this Court that Item #1 will be sought for forfeiture from Defendant (2) Cesar Alan Garcia in the instant criminal case.

                                                    Respectfully submitted,

                                                  JAIME GARZA
                                                  United States Attorney

By:    /s/_____
        ANTONIO FRANCO, JR.
        Assistant United States Attorney
        Asset Forfeiture Section
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel: (210) 384-7040
        Fax: (210) 384-7045
        Texas Bar No. 00784077
        Email: Antonio.Franco@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Juan M. Gonzalez
Law Office of Juan M. Gonzalez
403 W. Cypress
San Antonio, TX 78212
Email: juangmgo@gmail.com

*Attorney for Defendant (4) SEBASTIAN LOUIS XAVIER SUAREZ*

                                                  /s/_____
                                                  ANTONIO FRANCO, JR.
                                                  Assistant United States Attorney